HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
CLARENCE REDOBLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLARENCE REDOBLE,<br><br>Defendant. | Case No. 2:14-CR-00336 TLN<br><br>STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA/STATUS CONFERENCE, AND TO EXCLUDE TIME<br><br>Date: March 5, 2015<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through, Assistant United States Attorney Jill Thomas, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorney for Clarence Redoble, that the change of plea/status conference scheduled for March 5, 2015 be vacated and be continued to May 7, 2015 at 9:30 a.m.

The grounds for this continuance are that defense counsel needs additional time to review discovery.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including May 7, 2015; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: March 3, 2015                   Respectfully submitted,
                                       HEATHER E. WILLIAMS
                                       Federal Defender

                                       */s/ Douglas Beevers*
                                       DOUGLAS J. BEEVERS
                                       Assistant Federal Defender
                                       Attorney for Clarence Redoble

DATED: March 3, 2015                   BENJAMIN B. WAGNER
                                       United States Attorney

                                       */s/ Douglas Beevers for*
                                       JILL THOMAS
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including May 7, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the March 5, 2015 change of plea/status conference shall be continued until May 7, 2015, at 9:30 a.m.

Dated:  March 3, 2015

_____
Troy L. Nunley
United States District Judge