HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
CLARENCE REDOBLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:14-CR-00336 TLN |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE |
| vs. | ) ) | Date: September 3, 2015 |
| CLARENCE REDOBLE, | ) ) | Time: 9:30 a.m. Judge: Hon. Troy L. Nunley |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Assistant United States Attorney Jill Thomas, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorney for Clarence Redoble, that the briefing schedule on the motion to suppress be modified as follows:

Defense Motion due……………………………………………………….July 20, 2015

Government's Response due…………………………………………….August 24, 2015

Reply due………………………………………………………….………August 28, 2015

Defense counsel has contracted a contagious illness and requires additional time to complete and file the motion to suppress.

//

//

//

//

| | | |
|---|---|---|
| 1 | DATED: June 15, 2015 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| 3 | | Federal Defender |
| 4 | | */s/ Douglas Beevers* |
| | | DOUGLAS J. BEEVERS |
| 5 | | Assistant Federal Defender |
| 6 | | Attorney for Clarence Redoble |
| 7 | DATED: June 15, 2015 | BENJAMIN B. WAGNER |
| | | United States Attorney |

*/s/ Douglas Beevers for*
JILL THOMAS
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: July 15, 2015

_____
Troy L. Nunley
United States District Judge