HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
CLARENCE REDOBLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:14-CR-00336 TLN |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE FILING DEADLINE FOR DEFENSE REPLY BRIEF |
| vs. | ) ) | |
| CLARENCE REDOBLE, | ) ) | Date: November 5, 2015 Time: 9:30 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Assistant United States Attorney Jill Thomas, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorney for Clarence Redoble, that the filing deadline for the defense reply brief be continued. The defense reply brief is currently due on October 26, 2015, however the parties jointly move to continue that deadline to October 27, 2015.

DATED: October 23, 2015                    Respectfully submitted,

                                           HEATHER E. WILLIAMS
                                           Federal Defender

                                           */s/ Douglas Beevers*
                                           DOUGLAS J. BEEVERS
                                           Assistant Federal Defender
                                           Attorney for Clarence Redoble

DATED: October 23, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Douglas Beevers for*
JILL THOMAS
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: October 26, 2015

_____
Troy L. Nunley
United States District Judge