1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   DOUGLAS J. BEEVERS, #288639
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: 916-498-5700/Fax 916-498-5710
    douglas_beevers@fd.org
5
    Attorney for Defendant
6   CLARENCE REDOBLE

7
                        IN THE UNITED STATES DISTRICT COURT
8
                      FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10      UNITED STATES OF AMERICA,          )   Case No.  2:14-CR-00336 TLN
                                           )
11      Plaintiff,                         )   STIPULATION AND ORDER TO
                                           )   CONTINUE MOTION HEARING AND TO
12      vs.                                )   AMEND BRIEFING SCHEDULE
                                           )
13      CLARENCE REDOBLE,                  )   Date: November 5, 2015
                                           )   Time: 9:30 a.m.
14      Defendant.                         )   Judge: Hon. Troy L. Nunley
                                           )
15      _____   )

16          IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney,

17   through Assistant United States Attorney Amanda Beck, attorney for Plaintiff, and Heather

18   Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorney for

19   Clarence Redoble, that the Motion to Suppress hearing and Franks hearing scheduled for

20   November 5, 2015 be vacated and be continued to December 3, 2015 at 9:30 a.m. The defense

21   reply brief was currently due on October 27, 2015, however the parties jointly move to continue

22   that deadline to November 3, 2015.

23          The grounds for this continuance are that Defense counsel needs additional time to

24   review and analyze recently produced discovery which appears relevant to the motion to

25   suppress. The parties also need additional time to narrow factual disputes in advance of the

26   motion hearing.

27          Based on the foregoing, the ends of justice served by continuing the case as requested

28   outweigh the interest of the public and the defendant in a trial within the original date prescribed

                                            -1-

1   by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18

2   U.S.C. § 3161, et seq., within which trial must commence, the time period of November 5, 2015

3   to December 3, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A),

4   B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's

5   request on the basis of the Court's finding that the ends of justice served by taking such action

6   outweigh the best interest of the public and the defendant in a speedy trial. The period of time is

7   also excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D) [Local Code E] because the delay relates

8   to a pretrial motion awaiting prompt disposition.

9   DATED: October 29, 2015                    Respectfully submitted,

10                                              HEATHER E. WILLIAMS
11                                              Federal Defender

12                                              */s/ Douglas Beevers*
                                                DOUGLAS J. BEEVERS
13                                              Assistant Federal Defender
14                                              Attorney for Clarence Redoble

15

16  DATED: October 29, 2015                    BENJAMIN B. WAGNER
                                                United States Attorney
17
18                                              */s/ Douglas Beevers for*
                                                AMANDA BECK
19                                              Assistant U.S. Attorney
                                                Attorney for Plaintiff
20

21                                    **ORDER**

22          IT IS SO ORDERED.

23  Dated:  October 30, 2015

24

25

26  _____
    Troy L. Nunley
27  United States District Judge

28

-2-