BENJAMIN B. WAGNER
United States Attorney
AMANDA BECK
JILL M. THOMAS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CLARENCE JASON REDOBLE,

Defendant.

CASE NO. 2:14-CR-336 TLN

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER

DATE: January 28, 2016
TIME: 9:30 a.m.
COURT: Hon. Troy L. Nunley

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a trial confirmation hearing on January 28, 2016 and for trial on February 29, 2016.

2. By this stipulation, defendant now moves to continue the trial confirmation hearing until September 1, 2016, at 9:30 a.m., and to continue the trial until October 3, 2016, at 9:00 a.m. The defendant also moves to exclude time between January 28, 2016, and October 3, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes at least 310 pages of documents, physical evidence, and hours of audio recordings of the

controlled substances transactions at issue in the case. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) The defendant was previously represented by Assistant Federal Public Defender Douglas Beevers. As of January 14, 2016, the defendant is now represented by Assistant Federal Public Defender Michael Petrik.

c) New counsel for defendant desires additional time to consult with his new client, to review the current charges, to conduct investigation and research into those charges, to review the discovery in this matter, to discuss potential resolutions with his client, and to otherwise prepare for trial.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 28, 2016 to October 3, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

//

//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 14, 2016

BENJAMIN B. WAGNER
United States Attorney

/s/ AMANDA BECK
AMANDA BECK
Assistant United States Attorney

Dated: January 14, 2016

/s/ MICHAEL PETRIK, JR.
MICHAEL PETRIK, JR.
Counsel for Defendant
CLARENCE JASON REDOBLE

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 14th day of January, 2016.

Troy L. Nunley
United States District Judge